IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUBEN RIVERA | : | CIVIL ACTION |
| v. | : | |
| PHILADELPHIA COUNTY DETENTION CENTER | : | NO. 10-3046 |

# O R D E R

**AND NOW**, this 8th day of July, 2010, **IT IS ORDERED** as follows:

1. The Application for Leave to Proceed in Forma Pauperis is **DENIED WITHOUT PREJUDICE** to its reassertion in accordance with the provisions of this Order;

2. If plaintiff files with the Court within twenty (20) days from the date of this Order a notice that he wishes to proceed with this action and thereby obligate himself to pay the $350 filing fee, Application for Leave to Proceed in Forma Pauperis will be granted and this action will be reinstated; and,

3. The Clerk of Court shall **CLOSE** this case **STATISTICALLY**.

        **BY THE COURT:**

        /s/ Jan E. DuBois

        _____
        **JAN E. DUBOIS, J.**